UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CELISBETH PEREZ,

                Plaintiff,

  - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

21-cv-7883 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The Court is in receipt of the Answer filed by the defendant Dan Tallyrand (ECF No. 17) and of the Amended Answer filed by the remaining defendants City of New York, Inspector Julio Ordonoz, and Lieutenant Disla (ECF No. 25). The parties are directed to submit a Rule 26(f) report by **November 23, 2022**.

**SO ORDERED.**

Dated:    New York, New York
           November 8, 2022

                                          John G. Koeltl
                                      United States District Judge