UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELISBETH PEREZ,<br><br>                              Plaintiff(s),<br><br>           v.<br><br>CITY OF NEW YORK, et al.,<br><br>                              Defendant(s). | 21-CV-7883 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Nothing herein shall affect the scope of the existing reference to the Mediation Program. Any conference or oral argument before or directed by the Mediation Program will proceed as ordered.

    Additionally, by **October 31, 2023**, the parties are hereby ORDERED to file on ECF a joint letter updating the Court regarding the status of mediation.

    SO ORDERED.

Dated: October 12, 2023
       New York, New York

                                              DALE E. HO
                                        United States District Judge