UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELISBETH PEREZ,<br><br>                Plaintiff,<br><br>      v.<br><br>CITY OF NEW YORK,<br><br>                Defendant. | 21-CV-7883 (DEH)<br><br>ORDER OF DISMISSAL |

DALE E. HO, United States District Judge:

The Court having been advised at ECF No. 38 that all claims have been settled in principle, it is **ORDERED** that the above-entitled action be and is hereby **DISMISSED** and discontinued without costs, and without prejudice to the right to reopen the action **within thirty days** of the date of this Order. Any application to reopen must be filed by the aforementioned deadline; any application to reopen filed thereafter may be denied solely on that basis. Further, requests to extend the deadline to reopen are unlikely to be granted.

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to be "so ordered" by the Court by the deadline to reopen per the Court's Individual Rule No. 7. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are denied as moot. All conferences are canceled. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: October 31, 2023
       New York, New York

                                                    DALE E. HO
                                                    United States District Judge